FILED 2021 JAN 25 PM 1:09

# COMPLAINT

1)

Douglas David Brewer

793 Walkerbilt Rd. F-1

Naples, FL 34110        2:21-cv-55-FtM-38MRM

And

Tonkin Gulf (Yankee Station)

Naval Personal attached to aircraft carriers and support ships 1962-1975

VS.

Dept. of VS Veterans Affairs

Washington D.C.

2)

### ALLEGATIONS:

Dept. of Veterans Affairs Washington DC did knowingly and with malice discriminate against Vietnam War veterans with campaign and service medals between the years of 2003-present by withholding compensation for agent orange exposure to those naval veterans assigned to ships operating in the Tonkin Gulf (Yankee Station) between 1962-1975.

3)

### RELIEF:

Individual compensation for Douglas David Brewer $150,000

And

Group Compensation 6 Billion dollars for Tonkin Gulf (Yankee Station) Vietnam War Naval Veterans 1962-1975.

*Douglas D. Brewer*