# Application for Default Judgment
# March 24th 2021

Douglas D. Brewer
793 Walkerbilt Rd. F-1
Naples, FL 3410

United States District Court
Middle District of Florida
Ft. Myers Division

Honorable Judge of the Court,

    The merits of this case, and the lack of response to it, in the required time frame, warrant the issuance of a default decree against the Dept. of Veterans Affairs for discrimination. The discrimination of brave Americans willing to sacrifice themselves for their country.
    This government agency has demonstrated a lack of compassion for sick veterans over the years 2003-present strictly for budgetary reasons, leaving sick veterans to fend for themselves. This should end starting with this Court.

Douglas D. Brewer

*[signature: Douglas Brewer]*

CASE # 2:21-CV-00055